BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
Jessica A. McElroy (SBN 299919)
JMcElroy@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendant
ROUNDPOINT MORTGAGE
SERVICING CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYE ELBERT, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION,<br><br>                              Defendant. | Case No. 3:20-cv-00250-MMC<br><br>**DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Complaint Filed: January 13, 2020<br>Trial Date:        None Set |

141581.00705/122758821v.1

**DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6       1.      Amye Elbert – Plaintiff;

7       2.      John B. Fulgham – Non-Party co-borrower;

8       3.      RoundPoint Mortgage Servicing Corporation – Defendant;

9       4.      RoundPoint Financial Group – Parent Company of RoundPoint Mortgage

10              Servicing Corporation; and

11      5.      Tavistock Group – RoundPoint Financial Group is a part of Tavistock Group.

12

13   DATED:  March 6, 2020              BLANK ROME LLP

14

15

16              By:  /s/ Jessica A. McElroy
                    Cheryl S. Chang
17                  Jessica A. McElroy
                Attorneys for Defendant
18              ROUNDPOINT MORTGAGE SERVICING
                CORPORATION

19

20

21

22

23

24

25

26

27

28

141581.00705/122758821v.1                          2

**DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**